WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**NINA KRISTIANSEN,**                                                CV # 10-868-BR

  Plaintiff,

vs.                                                                  ORDER

**COMMISSIONER of Social Security,**

  Defendant.

Attorney fees in the amount of $6,581.62 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.  If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

DATED this ___7th___ day of __December__, 2011.

_____
United States District Judge

Submitted on December 6, 2011 by:

s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1